# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　*Plaintiff*, | Civil No. |
| v. | |
| $15,000.00 IN UNITED STATES CURRENCY,<br>*Defendant*. | |
| [CLAIMANT: JOSEPH WILK JR.] | August 22, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action for forfeit and condemn to the use and benefit of the United States of America the following property: $15,000.00 in United States Currency, for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846 ("Defendant Asset").

### THE DEFENDANT IN REM

2. The defendant is: $15,000.00 in United States Currency.

3. The Defendant Asset was identified in a Stipulated Forfeiture Agreement between the United States and the Claimant, Joseph Wilk Jr., dated July 30, 2023, in the matter United States v. Joseph Wilk Jr. Criminal Case No. 3:23-CR-85 (SRU) wherein the Claimant agreed to the civil forfeiture of the above-captioned Defendant Asset.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Asset. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Asset under 28 U.S.C. 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions give rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant Asset is subject to forfeiture pursuant to 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846, and 21 U.S.C. 881(a)(6).

8. The United States and the Claimant, Joseph Wilk Jr., have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the Defendant Asset after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that a Warrant of Arrest <u>In Rem be issued</u> for $15,000.00 in United States currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Asset to be condemned and forfeited to the United States of America for disposition according to law; and that the United Stats of America be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

 /s/ David C. Nelson
DAVID C. NELSON (ct25640)
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
T: (203) 821-3700
F: (203) 773-5373
E-Mail: david.c.nelson@usdoj.gov

<u>DECLARATION</u>

I am a special agent of the United States Postal Inspection Service and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of August, 2023.

<u>/s/ Geoff Maynard</u>

GEOFF MAYNARD
SPECIAL AGENT

UNITED STATES POSTAL INSPECTION SERVICE